STATE of Missouri, Respondent,

v.

**Robert D. WILSON, Appellant.**

**No. WD 42399.**

Missouri Court of Appeals,
Western District.

Aug. 28, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 2, 1990.

Application to Transfer Denied
Nov. 20, 1990.

David S. Durbin, Appellate Defender, Anthony C. Cardarella, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Christine A. Alsop, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for kidnapping, in violation of § 565.110, RSMo 1986; assault first degree, in violation of § 565.050, RSMo 1986; and armed criminal action, in violation of § 571.015, RSMo 1986.

Judgment affirmed. Rule 30.25(b).